AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| CYPRESS SEMICONDUCTOR CORPORATION<br>*Plaintiff(s)*<br>v.<br>BLACKBERRY LIMITED and BLACKBERRY CORPORATION<br>*Defendant(s)* | Civil Action No.  5:13-cv-04183 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
BlackBerry Corporation
BlackBerry Limited
c/o CT Corporation System
818 W. Seventh Street
Los Angeles, CA 90017

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Michael J. Malecek
Kaye Scholer LLP
Two Palo Alto Square, Suite 400
3000 El Camino Real
Palo Alto, California 94306

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*