UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CYPRESS SEMICONDUCTOR CORPORATION,<br><br>            Plaintiff,<br><br>      v.<br><br>BLACKBERRY LIMITED, et al.,<br><br>            Defendants. | Case No.  13-cv-04183-BLF<br><br>**CASE MANAGEMENT ORDER** |

On 05/15/2014, 2014, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | 11/20/2014 at 1:30 pm |
| Last Day to Amend Pleadings or Add Parties | N/A |
| Last Day to Disclose Experts | N/A |
| Fact Discovery Cut-Off | N/A |
| Expert Discovery Cut-Off | N/A |
| Last Day to Hear Dispositive Motions | N/A |
| Final Pretrial Conference | N/A |
| Trial | N/A |

IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery are referred to the assigned Magistrate Judge.

IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing orders, which are available on the Court's website and in the Clerk's Office.

IT IS FURTHER ORDERED THAT the Claim Construction Tutorial is set for 02/20/2015 at 9:00 am.

IT IS FURTHER ORDERED THAT the Claim Construction Hearing is set for 02/27/2015 at 9:00 am.

Dated:  May 15, 2014

BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California