UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CYPRESS SEMICONDUCTOR CORPORATION,<br><br>            Plaintiff,<br><br>    v.<br><br>BLACKBERRY LIMITED, et al.,<br><br>            Defendants. | Case No.  13-cv-04183-BLF<br><br>**ORDER APPROVING STIPULATION OF DISMISSAL WITHOUT PREJUDICE**<br><br>[Re: ECF 44] |

The Court is in receipt of the parties' Joint Stipulation of Dismissal Without Prejudice and approves the stipulation. ECF 44. This action is HEREBY DISMISSED without prejudice. The Clerk of the Court shall close the case file.

**IT IS SO ORDERED.**

Dated: September 26, 2014

_____
BETH LABSON FREEMAN
United States District Judge